IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VASQUEZ, | ) No. C 05-4669 MMC (PR) |
| | ) |
| Petitioner, | ) **ORDER GRANTING MOTION TO FILE** |
| | ) **SUPPLEMENTAL BRIEFING; SETTING** |
| v. | ) **BRIEFING SCHEDULE** |
| | ) |
| DAVID L. RUNNELS, Warden, | ) **(Docket No. 21)** |
| | ) |
| Respondent. | ) |
| _____ | ) |

Petitioner, a California prisoner incarcerated at the California State Prison – Solano and proceeding pro se, has filed a request to submit additional briefing in the above-titled habeas corpus action under 28 U.S.C. § 2254.  Specifically, although the petition has been fully briefed, petitioner states that a recent ruling by the state court is pertinent to his jury selection claim.  He also seeks leave to move for an evidentiary hearing.  Good cause appearing, petitioner's request is hereby GRANTED.

Petitioner shall file with the Court and serve on respondent's counsel, within **thirty** days of the date this order is filed, a supplemental brief addressing the claim at issue and his request for an evidentiary hearing.  Respondent shall file a response no later than **twenty** days from the date petitioner's supplemental brief is filed.  No hearing will be held unless the Court so orders at a later date.

This order terminates Docket No. 21.

IT IS SO ORDERED.

DATED: April 27, 2009

_____
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California