IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VASQUEZ, | ) No. C 05-4669 MMC (PR) |
| Petitioner, | ) **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO SUPPLEMENTAL BRIEF** |
| v. | ) |
| DAVID L. RUNNELS, Warden, | ) **(Docket No. 26)** |
| Respondent. | ) |

Good cause appearing, respondent's request for an extension of time to file a response to petitioner's supplemental brief and request for an evidentiary hearing is hereby GRANTED. Respondent shall file a response on or by **June 15, 2009**.

This order terminates Docket No. 26.

IT IS SO ORDERED.

DATED: June 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge