IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO VASQUEZ, | ) | No. C 05-4669 MMC (PR) |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO SUPPLEMENTAL BRIEF** |
| v. | ) | |
| DAVID L. RUNNELS, Warden, | ) | **(Docket No. 28)** |
| Respondent. | ) | |
| _____ | ) | |

    Good cause appearing, respondent's request for an extension of time to file a response to petitioner's supplemental brief and request for an evidentiary hearing is hereby GRANTED.  Respondent shall file a response on or by **June 24, 2009**.

    This order terminates Docket No. 28.

    IT IS SO ORDERED.

DATED: June 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge