IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO VASQUEZ, ) No. C 05-4669 MMC (PR)
)
Petitioner, ) **ORDER GRANTING RESPONDENT'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO SUPPLEMENTAL BRIEF**
)
v. )
)
DAVID L. RUNNELS, Warden, ) **(Docket No. 30)**
)
Respondent. )
_____ )

    Good cause appearing, respondent's request for an extension of time to file a response to petitioner's supplemental brief and request for an evidentiary hearing is hereby GRANTED. Respondent shall file a response on or by **July 29, 2009**.

    This order terminates Docket No. 30.

    IT IS SO ORDERED.

DATED: June 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge