United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO VASQUEZ,<br><br>         Petitioner,<br><br>   v.<br><br>DAVID L. RUNNELS, Warden,<br><br>         Respondent.<br>_____ | No. C 05-4669 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S FOURTH REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO SUPPLEMENTAL BRIEF**<br><br>**(Docket No. 32)** |

Good cause appearing, respondent's request for an extension of time to file a response to petitioner's supplemental brief and request for an evidentiary hearing is hereby GRANTED. Respondent shall file a response on or by **August 31, 2009.** As this is the fourth extension of time that has been granted to respondent to file a response, no further extension of time will be granted absent exceptional circumstances.

This order terminates Docket No. 32.

IT IS SO ORDERED.

DATED: July 31, 2009

_____
MAXINE M. CHESNEY
United States District Judge