IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO VASQUEZ,

        Petitioner,

  v.

DAVID L. RUNNELS, Warden,

        Respondent.
                                   /

No. CV-05-4669 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: April 20, 2011                                                Richard W. Wieking, Clerk

                                                               *Tracy Lucero*

                                                               By: <u>Tracy Lucero</u>
                                                               <u>Deputy Clerk</u>