United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO VASQUEZ,  )  No. C 05-4669 MMC (PR)
                 )
                 )  **ORDER DENYING CERTIFICATE OF**
      Petitioner, )  **APPEALABILITY**
                 )
   v.            )  **(Docket No. 39)**
                 )
DAVID L. RUNNELS, Warden, )
                 )
      Respondent. )
_____ )

    Petitioner's request for a certificate of appealability is DENIED for the reasons stated at pages 29-30 of the Order Denying Petition for Writ of Habeas Corpus. (Docket No. 36.)

    The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 n.2 (9th Cir. 1997).

    This order terminates Docket No. 39.

    IT IS SO ORDERED.

DATED: June 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge